| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kaplan, Lewis A. | U.S. District Court, S.D.N.Y. | 07/24/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust for ▮▮▮▮ (commencing 10/15/2012) |
| 2. Trustee | Trust u/w/o ▮▮▮▮ |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A. | 07/24/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. Various | Pension and retirement plan pmts -pension plans for benefit of retirees of Random House, Inc. |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A. | 07/24/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Kaplan, Lewis A. | 07/24/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank accounts | A | Interest | J | T | | | | | |
| 2. NYC Ser J 4.625 18 | B | Interest | | | Sold | 05/15/14 | L | A | |
| 3. MTA 4.75 26 | D | Interest | | | Redeemed | 09/08/14 | N | D | |
| 4. Long Island Pwr 4.75 24 | C | Interest | | | Redeemed | 09/02/14 | L | A | |
| 5. Port Auth NY&NJ 4.2 19 (E) | A | Interest | | | Redeemed | 01/15/14 | K | A | |
| 6. JP Morgan Chase accts | A | Interest | J | T | | | | | |
| 7. NY Life whole life policies | B | Dividend | L | T | | | | | |
| 8. Ulster Co 4.25 21 | C | Interest | | | Redeemed | 11/17/14 | L | A | |
| 9. NYS Dorm 4.0 19 (E) | B | Interest | L | T | | | | | |
| 10. New York NY Ser N 4.0 17 | A | Interest | K | T | | | | | |
| 11. Minisink CSD 4.0 12 | A | Interest | K | T | | | | | |
| 12. Wayne CSD 4.0 20 | A | Interest | | | Sold | 06/16/14 | K | A | |
| 13. Brookhaven CSD | A | Interest | K | T | | | | | |
| 14. GECC 5.0 16 | B | Interest | K | T | | | | | |
| 15. NYS Dorm 4.0 19 | A | Interest | K | T | | | | | |
| 16. National Union Bank of Kinderhook | A | Int./Div. | J | T | | | | | |
| 17. New York NY IDA 4.0 17 | B | Interest | L | T | | | | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A. | 07/24/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Clarkstown 4.25 20 (E) | B | Interest | K | T | | | | | |
| 19. NYC 5.0 21 (E) | B | Interest | L | T | | | | | |
| 20. Port Auth 4.75 32 | C | Interest | L | T | | | | | |
| 21. NYS Twy 3.5 18 | B | Interest | L | T | | | | | |
| 22. NYS Twy 4.5 28 | C | Interest | L | T | | | | | |
| 23. JP Morgan Chase (IRA) | A | Interest | P1 | T | | | | | |
| 24. JP Morgan Tax Free Money Mkt (E) | A | Dividend | K | T | | | | | |
| 25. Islip NY 5.0 14 (E) | A | Interest | | | Sold | 01/15/14 | K | A | |
| 26. Nassau Co. NY 4.0 14 (E) | A | Interest | | | Redeemed | 10/01/14 | K | A | |
| 27. Ithaca NY 4.0 16 (E) | A | Interest | K | T | | | | | |
| 28. JP Morgan Treas Agy Fd | A | Distribution | K | T | | | | | |
| 29. JP Morgan Strategic Inc Fd | D | Distribution | O | T | | | | | |
| 30. JP Morgan US Equity Fd | E | Dividend | N | T | | | | | |
| 31. JP Morgan Short Duration Bd Fd | C | Distribution | N | T | | | | | |
| 32. JP Morgan brokerage accts | A | Interest | | | | | | | |
| 33. JP Morgan Tax Free Money Mkt | A | Dividend | L | T | | | | | |
| 34. Islip NY 5.0 14 | B | Interest | | | Redeemed | 01/15/14 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A. | 07/24/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Nassau Co. NY 4.0 14 | A | Interest | | | Redeemed | 10/01/14 | K | A | |
| 36. Perinton NY 3.25 15 | A | Interest | K | T | | | | | |
| 37. Niskayuna NY 3.375 16 | A | Interest | K | T | | | | | |
| 38. Dutchess Co. NY 5.0 18 | B | Interest | K | T | | | | | |
| 39. Orange Co. NY 4.25 19 | B | Interest | K | T | | | | | |
| 40. JP Morgan Chase checking accounts | A | Interest | L | T | | | | | |
| 41. JP Morgan Treas & Agency Fd | A | Int./Div. | K | T | | | | | |
| 42. JP Morgan Strategic Income | C | Distribution | M | T | | | | | |
| 43. JP Morgan International Value Fund | A | Distribution | K | T | | | | | |
| 44. JP Morgan US Equity Fund | B | Distribution | L | T | | | | | |
| 45. JP Morgan Short Duration Bond Fd | A | Distribution | K | T | Redeemed (part) | 09/16/14 | J | A | |
| 46. JP Morgan brokerage accts | A | Interest | J | T | | | | | |
| 47. JP Morgan Tax Free Money Market Fd | A | Int./Div. | J | T | | | | | |
| 48. Unadilla NY 4.0 14 | A | Interest | | | Redeemed | 06/16/14 | K | A | |
| 49. Nassau Co. NY 4.0 14 | A | Interest | | | Redeemed | 10/01/14 | K | A | |
| 50. JP Morgan Intl Value | A | Dividend | K | T | | | | | |
| 51. JP Morgan High Yield Bond | E | Distribution | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A. | 07/24/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. JP Morgan Core Bond | D | Distribution | N | T | | | | | |
| 53. Falconer CSD 4.0 15 | C | Interest | L | T | | | | | |
| 54. Falconer CSD 4.75 20 | B | Interest | K | T | | | | | |
| 55. Marietta Ga 4.0 16 | B | Interest | L | T | | | | | |
| 56. Nassau Co. 5.0 14 | B | Interest | | | Redeemed | 11/17/14 | K | A | |
| 57. Pembroke CSD 4.0 20 | C | Interest | M | T | | | | | |
| 58. Starpoint CSD 4.0 15 | B | Interest | L | T | | | | | |
| 59. JP Morgan High Yield Bond ) | B | Distribution | L | T | | | | | |
| 60. Am Century Eq Inc Fd | B | Dividend | L | T | | | | | |
| 61. JP Morgan Core Bond | B | Distribution | L | T | | | | | |
| 62. Ellenville CSD 4.0 16 | A | Interest | K | T | | | | | |
| 63. Falconer CSD 4.75 20 | B | Interest | K | T | | | | | |
| 64. Hawaii 4.0 15 | A | Interest | K | T | | | | | |
| 65. Ozark Mo 4.0 18 | A | Interest | K | T | | | | | |
| 66. Port Jefferson 3.5 15 | A | Interest | K | T | | | | | |
| 67. Rocky Point CSD 4.0 16 ) | A | Interest | K | T | | | | | |
| 68. New Mexico 4.0 18 (E) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A. | 07/24/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Hewlett Woodmere 4.0 20 (E) | A | Interest | K | T | | | | | |
| 70. Riverhead 4.0 18 (E) | A | Interest | K | T | | | | | |
| 71. Rocky Point CSD 4.0 16 (E) | A | Interest | K | T | | | | | |
| 72. Alpine Ut 4.0 13 (E) | A | Interest | K | T | | | | | |
| 73. Dallas Tx Comm Coll 4.0 17 | A | Interest | K | T | | | | | |
| 74. Wallkill 3.5 17 | A | Interest | K | T | | | | | |
| 75. NYS Dorm 4.5 15 | B | Interest | L | T | | | | | |
| 76. NYS Env Fac 5.0 15 (E) | B | Interest | K | T | | | | | |
| 77. Greece NY 4.125 17 (E) | B | Interest | K | T | | | | | |
| 78. Am Century Eq Inc Fd | D | Distribution | N | T | | | | | |
| 79. NYS Twy 4.0 14 | A | Interest | | | Redeemed | 04/01/14 | K | A | |
| 80. Plainview Old Beth 4.0 21 | B | Interest | K | T | | | | | |
| 81. Putnam Co NY 4.0 16 | A | Interest | K | T | | | | | |
| 82. Island Trees UFSD 4.0 22 | B | Interest | K | T | | | | | |
| 83. Triboro BTA 4.0 20 | A | Interest | K | T | | | | | |
| 84. Bethlehem CSD 4.0 17 | C | Interest | L | T | | | | | |
| 85. Westchester Co 3.0 18 | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A. | 07/24/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Edgemont UFSD 4.0 20 | A | Interest | K | T | | | | | |
| 87. Edgemont 3.0 16 | A | Interest | K | T | | | | | |
| 88. Ontario Co 3.0 16 | B | Interest | L | T | | | | | |
| 89. Sachem CSD 3.0 18 | B | Interest | K | T | | | | | |
| 90. JP Morgan Equity Inc Fd | D | Distribution | N | T | | | | | |
| 91. JP Morgan Unconstrained Bd Fd f/k/a Tr I Mlt SC Inc. | C | Distribution | L | T | | | | | |
| 92. Rockville Centre 4.0 22 (E) | A | Interest | K | T | | | | | |
| 93. Edgemont NY UFSD 4.0 22 (E) | A | Interest | K | T | | | | | |
| 94. New Hyde Pk UFSD 4.0 22 | A | Interest | K | T | | | | | |
| 95. East Islip UFSD 4.0 21 | A | Interest | K | T | | | | | |
| 96. Roslyn NY UFSD 3.0 18 | A | Interest | K | T | | | | | |
| 97. NYS Env Facs 4.0 18 | A | Interest | K | T | | | | | |
| 98. JP Morgan Equity Inc | C | Distribution | M | T | Buy (add'l) | 08/25/14 | K | | |
| 99. JP Morgan Unconstrained Bd Fd f/k/a Tr I Mlt SC Inc | B | Dividend | K | T | | | | | |
| 100. Federated Tax Free Oblig Fd Inst Sh (T) | A | Interest | L | T | | | | | |
| 101. Columbia Value and Restr. Fund Cl. Z (T) | A | Dividend | | | Sold | 11/07/14 | K | C | |
| 102. | C | Distribution | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Janus Enterprise Fd Cl I (T) | A | Dividend | K | T | Sold (part) | 11/07/14 | K | B | |
| 104. | B | Distribution | | | | | | | |
| 105. Lazard Emerg. Mkts Eq Portfolio Inst Cl (T) | | None | | | Redeemed | 03/31/14 | K | A | |
| 106. Oppenheimer Intl Growth Fd Cl Y | A | Dividend | K | T | Buy (add'l) | 03/31/14 | K | | |
| 107. | | | | | Sold (part) | 11/07/14 | K | A | |
| 108. Weingarten Rlty Invs Sh Ben Int (T) | A | Dividend | K | T | | | | | |
| 109. JP Morgan Floating Rate Inc. Fund | D | Distribution | N | T | | | | | |
| 110. JP Morgan Large Cap Growth Fd | D | Distribution | N | T | Buy (add'l) | 08/25/14 | M | | |
| 111. JP Morgan Floating Rate Inc Fd | B | Dividend | L | T | | | | | |
| 112. JP Morgan Large Cap Growth Fd | A | Distribution | L | T | | | | | |
| 113. Erie Co. 5.0 23 (E) | B | Interest | K | T | | | | | |
| 114. NYS Bridge Auth 4.0 23 (E) | A | Interest | K | T | | | | | |
| 115. Cold Spring Hrbr 2.1 20 | B | Interest | K | T | | | | | |
| 116. North Shore CSD 4.0 19 | B | Interest | L | T | | | | | |
| 117. North Shore CSD 4.0 21 | A | Interest | K | T | | | | | |
| 118. Nassau Co. 4.0 21 | A | Interest | K | T | Buy | 09/23/14 | K | | |
| 119. Saratoga Springs 5.0 23 | | None | L | T | Buy | 10/14/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A. | 07/24/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Port Wash UFSC 5.0 19 | B | Interest | L | T | Buy | 05/20/14 | L | | |
| 121. Arlington UFSD 5.0 19 | B | Interest | L | T | Buy | 09/30/14 | L | | |
| 122. NYC Mun Wtr 3.25 18 | A | Interest | K | T | Buy | 07/25/14 | K | | |
| 123. NYC Mun Wtr 5.0 22 | A | Interest | K | T | Buy | 04/03/14 | K | | |
| 124. NYC Trans Fin 5.0 23 | | None | L | T | Buy | 09/16/14 | L | | |
| 125. NYS Dorm Gt Neck 5.0 24 | | None | L | T | Buy | 12/11/14 | L | | |
| 126. NYS Dorm 5.0 21 | | None | K | T | Buy | 09/16/14 | K | | |
| 127. NYS Env Fac 5.0 24 | B | Interest | L | T | Buy | 09/29/14 | L | | |
| 128. NYS 5.0 19 | A | Interest | K | T | Buy | 08/14/14 | K | | |
| 129. Pittsford UFSD 4.0 22 | A | Interest | K | T | Buy | 09/17/14 | K | | |
| 130. Westchester Co. 4.0 21 | A | Interest | K | T | Buy | 04/17/14 | K | | |
| 131. Halfmoon NY 4.0 19 | A | Interest | K | T | Buy | 07/31/14 | K | | |
| 132. JP Morgan Value Adv Fd | A | Distribution | K | T | Buy | 08/25/14 | K | | |
| 133. NYC Tr for Cult. 4.0 21 | | None | K | T | Buy | 10/07/14 | K | | |
| 134. NYS Dorm 5.0 22 | | None | K | T | Buy | 08/05/14 | K | | |
| 135. Pine Bush CSD 5.0 23 | B | Interest | K | T | Buy | 01/10/14 | K | | |
| 136. Pittsford CSD 4.0 22 | A | Interest | K | T | Buy | 08/05/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A. | 07/24/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Nassau Co. 5.0 24 (E) | | None | K | T | Buy | 11/18/14 | K | | |
| 138. NYS Dorm 5.0 24 (E) | A | Interest | K | T | Buy | 03/21/14 | K | | |
| 139. Brookhaven 5.0 23 (E) | A | Interest | K | T | Buy | 04/15/14 | K | | |
| 140. Columbia Contrarian Core Fd (T) | A | Dividend | L | T | Buy | 03/31/14 | K | | |
| 141. | C | Distribution | | | | | | | |
| 142. Legg Mason Clearbridge Sm Cap Growth Fd (T) | A | Distribution | J | T | Buy | 03/31/14 | K | | |
| 143. | | Dividend | | | Sold (part) | 11/07/14 | J | A | |
| 144. Columbia Emg Mkts Fd (T) | A | Dividend | J | T | Buy | 03/31/14 | J | | |
| 145. Prudential Global Real Est Fd (T) | A | Dividend | J | T | Buy | 03/31/14 | K | | |
| 146. | | | | | Sold (part) | 11/07/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A. | 07/24/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1.  (E) designates assets held as trustee u/w/o ▮▮▮▮▮▮▮▮▮▮▮ , and (T) assets held as trustee f/b/o ▮▮▮▮▮▮ , These designations are very helpful to me in reporting properly. They may be redacted for any public release.

2.  The listings at Part VII, pages 6 and 7, lines 32 and 46, for "JP Morgan brokerage accounts" reflect only cash balances and interest thereon. The individual non-cash assets are mutual funds listed elsewhere in the report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Lewis A. Kaplan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544